
# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARK FREDERICK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 2:07-cv-00602-WHA-TFM |
| | ) |
| **CITY OF MONTGOMERY, MAYOR** | ) |
| **BOBBY BRIGHT, DORY BRUNSON,** | ) |
| **TIM HEAD, and PHILLIP JOHNSON,** | ) |
| Individually and in official capacity | ) |
| | ) |
| | ) |
| Defendants. | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Dory Brunson, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| None | None |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

7/13/07                          /s/Michael D. Boyle
Date                              (Signature)

Michael D. Boyle
Counsel for:
Dory Brunson
103 N. Perry St.
Montgomery, Al 36101
334-241-2050

**CERTIFICATE OF SERVICE**

      I, Michael D. Boyle, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this 13th day of July 2007**,** to:

Norman Hurst, Jr.
462-A Sayre Street
Montgomery, AL  36104


| 7/13/07 | /s/ Michael Boyle |
|---|---|
| Date | Signature |