IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARK FREDERICK** ) | |
| ) | |
|     **PLAINTIFF** ) | |
| ) | |
| VS. ) | 2:07-cv-00602-WHA-TFM |
| ) | |
| **CITY OF MONTGOMERY, MAYOR** ) | |
| **BOBBY BRIGHT, DORY BRUNSON,** ) | |
| **TIM HEAD, and PHILLIP JOHNSON,** ) | |
| **Individually and in official capacity** ) | |
| ) | |
|     **DEFENDANT.** ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorneys on behalf of the parties conferred to develop a proposed discovery plan in the above styled cause.

 Norman Hurst, III for the Plaintiff.

 Michael Boyle for the Defendants.

2. Pre-Discovery Disclosures: The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

3. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

 Discovery will be needed from allegations in Plaintiff's complaint on questions of liability, affirmative defenses, and Plaintiff's damages claim.

 All discovery commenced in time to be complete one week prior to the pretrial conference.

 Maximum of 30 interrogatories by each party. [Responses due 30 days after service.]

 Maximum of 30 requests for admissions by each party to any other party. [Responses due 30 days after service.]

 Maximum of 30 requests for production by each party to any other party. [Responses due 30 days

after service.]

Maximum of 10 depositions by each party for each party directed toward any other party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by April 14, 2008 and from Defendant by April 28, 2008.

Supplementation under Rule 26(e) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties in the discovery process or in writing.

4. Other items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on June 16, 2008.

Plaintiff should be allowed until February 22, 2008 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 18, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by March 18, 2008.

Settlement and the possibility of mediation cannot be evaluated prior to discovery.

Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Final lists of exhibits under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by July 28, 2008 and is expected to take two days.

/s/ Norman Hurst, III
Norman Hurst, III (HUR016)
Attorney for Plaintiff

Norman Hurst, III
Attorney at Law
462 Sayre Street
Montgomery, AL  36104
Phone:  (334) 269-6449
Fax:     (334) 263-0491

/s/ Michael Boyle
Michael Boyle (BOY032)
Attorney for the Defendants

OF COUNSEL:
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
FAX: (334) 241-2310