IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE
DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK <br>     Plaintiff, <br><br> v. <br><br> THE CITY OF MONTGOMERY, MAYOR <br> BOBBY BRIGHT, DORY BRUNSON, <br> TIM HEAD, and PHILIP JOHNSON, <br> individually, and in official capacity <br>     Defendant. | * <br> * <br> * <br> * <br> * Case Number: 2:07-cv-00602-WHA-TFM <br> * <br> * <br> * <br> * <br> * |

RECEIVED

2007 AUG 16 P 1: 54

## PLAINTIFF'S RESPONSE TO COUNTERCLAIM

COMES NOW, the Plaintiff, by and through his undersigned counsel and responds to the Defendant's counterclaim and answers as follows:

1. The Plaintiff admits paragraph 1.

2. The Plaintiff admits paragraph 2.

3. The Plaintiff admits paragraph 3.

5. The Plaintiff admits paragraph 5.

6. The Plaintiff denies paragraph 6 and demands strict proof thereof.

7. The Plaintiff denies paragraph 7 and admits as to conversation.

8. The Plaintiff admits as to claims in paragraph 8.

9. The Plaintiff denies paragraph 9 and demands strict proof thereof.

10. The Plaintiff is without information as to admit or deny these allegations.

11. The Plaintiff admits and in part and denies as to all claims involves a property interest standing.

Respectfully submitted this the 16th day of August, 2007.

_____
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
462-A Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing answer was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable M. Boyle
Perry Street
Montgomery, Al 36104

This 16th day of August, 2007.

_____
Norman Hurst Jr.