IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK<br>　Plaintiff, | *<br>*<br>* |
| v. | * |
| | * Case Number: 2:07-cv-00602-WHA-TFM |
| THE CITY OF MONTGOMERY, MAYOR<br>BOBBY BRIGHT, DORY BRUNSON,<br>TIM HEAD, and PHILIP JOHNSON,<br>individually, and in official capacity<br>　Defendant. | *<br>*<br>*<br>*<br>*<br>* |

RECEIVED 2007 DEC 18 P 4:49

### DISCLOSURE STATEMENT OF PLAINTIFF MARK FEDERICK

COMES NOW, the Plaintiff, Mark Frederick and, pursuant to Fed. R. Civ. P. and this Court's General Order, states that he is an individual and that there are no reportable relationships with respect to him within the purvey of the above-cited Order and Rule.

Respectfully submitted this the 18th day of December, 2007.

_____
Norman Hurst Jr. (HUR016)
Attorney for the Plaintiff
617 Martha Street
Montgomery, Alabama 36104
(334) 269-6449

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing answer was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system:

　Honorable M. Boyle
　Perry Street
　Montgomery, Al 36104

This 18t<sup>h</sup> day of December, 2007.

_____
Norman Hurst Jr.