IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MARK FREDERICK** ) | |
| ) | |
|     **PLAINTIFF** ) | |
| ) | |
| VS. ) | 2:07-cv-00602-WHA-TFM |
| ) | |
| **CITY OF MONTGOMERY, MAYOR** ) | |
| **BOBBY BRIGHT, DORY BRUNSON,** ) | |
| **TIM HEAD, and PHILLIP JOHNSON,** ) | |
| **Individually and in official capacity** ) | |
| ) | |
|     **DEFENDANT.** ) | |

**MOTION TO EXTEND DEADLINE
FOR DISPOSITIVE MOTIONS**

**COME NOW** the Defendants, by and through counsel, and move this Honorable Court to extend the deadline for filing dispositive motions. In support of said motion, Defendants state unto the Court the following:

1. This Honorable Court set the deadline for filing dispositive motions for April 3, 2008. (Doc. 11)

2. The date was inadvertently and incorrectly entered on Counsel for Defendants calendar, causing him to miss the April 3, 2008 deadline for filing dispositive motions.

3. All other deadlines have been corrected and will be complied with.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** counsel for Defendants respectfully requests a thirty day extension of time to file dispositive motions.

Submitted this the 22 day of April, 2008.

      /s/ Michael D. Boyle
Michael D. Boyle (ASB-1585-E68B)

**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by e-filing and first class United States Mail on this 22nd day of April, 2008:

Norman Hurst, III
Attorney at Law
462 Sayre Street
Montgomery, Alabama 36104
Phone: (334) 269-6449
Fax:     (334) 263-0491


      /s/Michael Boyle
Michael Boyle (BOY032)
Attorney for the Defendants