IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARK FREDERICK** | ) | |
| | ) | |
|     **PLAINTIFF** | ) | |
| | ) | |
| VS. | ) | 2:07-cv-00602-WHA-TFM |
| | ) | |
| **CITY OF MONTGOMERY, MAYOR** | ) | |
| **BOBBY BRIGHT, DORY BRUNSON,** | ) | |
| **TIM HEAD, and PHILLIP JOHNSON,** | ) | |
| **Individually and in official capacity** | ) | |
| | ) | |
|     **DEFENDANT.** | ) | |

## JOINT MOTION FOR AMENDED SCHEDULING ORDER

**COME NOW** the Parties, by and through their attorneys, and respectfully move this Court to amend the present Scheduling Order entered September 4, 2007. (Doc. 11). In support of said motion, Parties state unto the Court the following:

1. Under the current Scheduling Order the dispositive motions deadline was set for April 3, 2008 and the face-to-face settlement conference, April 24, 2008.

2. The parties respectfully move this Court to amend the current Scheduling Order to set the dispositive motions deadline for May 15, 2008 and the face-to-face settlement conference deadline to June 5, 2008.

3. No party will be prejudiced by the granting of this Motion and this amendment will not affect any of the remaining deadlines.

**WHEREFORE,** the parties respectfully move this Honorable Court to grant this Motion and amend the current Scheduling Order.

Submitted this the 24th day of April, 2008.

        /s/ Michael D. Boyle_____
        Michael D. Boyle (BOY032)

**OF COUNSEL:**
Legal Department
City of Montgomery
Post Office Box 1111
Montgomery, Alabama  36101-1111
(334) 241-2050
(334) 241-2310 (fax)

        /s/ Norman Hurst (w/permission MDB)
        Norman Hurst, III (HUR016)

Norman Hurst, III
Attorney at Law
462 Sayre Street
Montgomery, AL  36104
Phone:  (334) 269-6449
Fax:     (334) 263-0491