IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv602-WHA |
| ) | |
| THE CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

Upon consideration of the Defendants' Motion to Extend Deadline for Dispositive Motions (Doc. #14), and the Joint Motion for Amended Scheduling Order (Doc. #15), it is hereby ORDERED that the motions are GRANTED to the following extent:

1. The deadline for filing of dispositive motions is extended to May 15, 2008, and the face-to-face settlement conference deadline is extended to June 5, 2008.

2. All other deadlines contained in the outstanding Uniform Scheduling Order shall remain the same.

3. This extension will likely result in any motion for summary judgment not being resolved before the pretrial hearing. Counsel for the Defendants is cautioned to carefully calendar all deadlines in the future.

DONE this 24th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE