IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK  *  |  |
|     Plaintiff, * | |
| * | |
| v.  * | Case Number: 2:07-cv-00602-WHA-TFM |
| * | |
| CITY OF MONTGOMERY, et al., * | |
|     Defendant. * | |
| * | |

## MOTION TO RECONSIDER COURT'S ORDER DOCUMENT #16

COMES NOW, the Plaintiff, by and through his attorney of record and prays that the court reconsiders it's Order granting the Defendant's Motion to Extend Deadline for Dispositive Motions (Doc. #14) and the Joint Motion for Amended Scheduling Order (Doc. #15), and says as follows:

1. That there was a Joint Motion for Amended Scheduling Order, filed by the defendants representing that Plaintiff's counsel had consented to the same.

2. That the Plaintiff's counsel had not consent to the same and apparently after a discussion with the defendant's counsel today there appears to have been a misunderstanding.

3. That this misunderstanding stemmed from a conversation with the defendant's counsel on or about April 23, 2008 in which the defendant's counsel asked for an extended time to file dispositive motions, explaining that they had missed a deadline.

4. That at that time the Plaintiff counsel informed the same that he would have to consult with his client before consenting to the same.

5. That apparently the defendant counsel misunderstood him or became confused because also there were discussions regarding settlement and the feasability of extending the trial date.

3. That the Plaintiff would be prejudiced if the amended Order is allowed to remain as proposed and further that the defendants had free latitude with the first proposed scheduling order in and of that

the Plaintiff's counsel agreed readily to the dates as proposed by the defendants.

WHEREFORE, PREMISES, CONSIDERED, the Plaintiff prays that the Order of this Court be reconsidered based on the above reasons.

*/s/ N. Hurst*

Norman Hurst Jr. (HUR016)
617 Martha Street
Montgomery, Alabama 36104
(334) 269-6449


CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Michael Boyle
103 North Perry Street
Montgomery, Alabama 36104


This 30th day of April, 2008

*/s/ N. Hurst*
Norman Hurst Jr.