IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07cv602-WHA |
| CITY OF MONTGOMERY, et al., | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion to Reconsider (Doc. #17), filed on April 30, 2008, it is

ORDERED that the Defendants shall show cause, if any there be, **on or before May 15, 2008** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 1st day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE