IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv602-WHA |
| CITY OF MONTGOMERY, et al., | ) ) ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the Plaintiff's Motion to Reconsider (Doc. #17), filed on April 30, 2008, and Defendants' Response (Doc. #19), filed on May 2, 2008, it is hereby

ORDERED that the Motion to Reconsider is set for hearing on May 22, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE