IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:07cv602-WHA ) |
| CITY OF MONTGOMERY, et al., | ) ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED that the Defendants' Motion to Dismiss (contained within the Defendants' Answer) (Doc. #2, p.7) is set for hearing on May 22, 2008, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 19th day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE