IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK<br>    Plaintiff, | *<br>*<br>* |
| v. | *   Case Number: 2:07-cv-00602-WHA-TFM<br>* |
| CITY OF MONTGOMERY, et al.,<br>    Defendant. | *<br>*<br>* |

RECEIVED
2008 MAY 20 P 2: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION TO CONTINUE

COMES NOW, the Plaintiff, by and through his attorney of record and prays for a continuance of a hearing scheduled for May 22, 2008 at 10:00 a.m., as Ordered by this Court in (Doc. #22,23) and in support thereof avers as follows: That counsel for the plaintiff has a hearing, scheduled prior to this hearing on May 22, 2008, at 9:00 a.m., in Montgomery County, Alabama. That counsel for the plaintiff anticipates that this hearing will go well beyond the time scheduled for this Court's hearing. Further, the plaintiff, Mark Frederick is located in California and would like to be present if at all possible in the proceedings of this matter. That counsel has attempted to contact the Honorable M. Boyle concerning his possible objections to this motion, but was unable to reach the same by phone.

WHEREFORE, PREMISES, CONSIDERED, the Plaintiff prays for a continuance of this matter and an Order directing the same to sometime after May 22, 2008.

*/s/ N. Hurst*

Norman Hurst Jr. (HUR016)
617 Martha Street
Montgomery, Alabama 36104
(334) 269-6449

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing motion was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Michael Boyle
103 North Perry Street
Montgomery, Alabama 36104

This 20th day of May, 2008

                                                             Norman Hurst Jr.