IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:07cv602-WHA |
| ) | |
| CITY OF MONTGOMERY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Continue (Doc. #24), the motion is GRANTED to the following extent:

It is hereby ORDERED that the hearing scheduled for 10:00 a.m. on May 22, 2008, is CONTINUED and RESET for 1:30 p.m. on the same day, May 22, 2008, in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 21st day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE