IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv602-WHA |
| | ) |
| CITY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Following the hearing held in this case on May 22, 2008, it is hereby ORDERED as follows:

1. The Motion to Dismiss the individual defendants in their official capacities, contained within the Answer (Doc. #2) is GRANTED, and the individual defendants in their official capacities are DISMISSED. *See Owens v. Fulton County*, 877 F.2d 947, 951 n. 5 (11th Cir. 1989).

2. The Plaintiff's Motion to Reconsider Court's Order (Doc. #17) is DENIED. The Motion for Summary Judgment (Doc. #20) already filed by the Defendants will be considered as a Motion for Summary Judgment filed by the City of Montgomery and the individual defendants in their individual capacities.

3. The Motion for Summary Judgment (Doc. # 20), will be deemed submitted to this Court on July 1, 2008, without oral argument.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before June 19, 2008.

The Defendants shall have until July 1, 2008, to file any reply they wish to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers. No parts of documents not so specifically designated will be considered.

4. Section 3 of the Uniform Scheduling Order (Doc. #11) is AMENDED to set **June 15, 2008** as the date by which counsel conduct the face-to-face settlement conference.

DONE this 22nd day of May, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE