IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARK FREDERICK,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| VS. | ) | 2:07-cv-00602-WHA-TFM |
| | ) | |
| **CITY OF MONTGOMERY, MAYOR** | ) | |
| **BOBBY BRIGHT, DORY BRUNSON,** | ) | |
| **TIM HEAD, and PHILLIP JOHNSON,** | ) | |
| **Individually and in official capacity,** | ) | |
| | ) | |
|     **Defendants.** | ) | |
| | ) | |

## EXHIBIT LIST OF DEFENDANTS

**COME NOW** the Defendants, by and through counsel, and submit the following list of exhibits that may be used for trial in the above styled action.

1. Certified Copy of excerpts of the minutes of the regular meeting of the Council of the City of Montgomery on September 6, 2005.

2. City of Montgomery Ordinance 10-2001.

3. Certified Copy of Montgomery County Circuit Court Records.

4. Any exhibit listed on Plaintiff's Exhibit List.

Defendants reserve the right to offer exhibits necessary for impeachment or rebuttal.

Submitted this the 18th day of June, 2008.

                                                                                                   /s/ Michael D. Boyle
                                                                              Michael D. Boyle (BOY032)
                                                                              Attorney for Defendants

OF COUNSEL
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone

**CERTIFICATE OF SERVICE**

      I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 18th day of June, 2008:

Norman Hurst, III
Attorney at Law
617 Martha Street
Montgomery, Alabama 36104
Phone: (334) 269-6449
Fax:　(334) 263-0491

                                              /s/Michael D. Boyle
                                              Of Counsel