IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARK FREDERICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | 2:07-cv-00602-WHA-TFM |
| | ) | |
| CITY OF MONTGOMERY, MAYOR BOBBY BRIGHT, DORY BRUNSON, TIM HEAD, and PHILLIP JOHNSON, Individually and in official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' WITNESS LIST

COME NOW Defendants and submit the following names of potential witnesses to be called in the trial of the above styled matter:

The following witnesses are expected to be called at trial:

1. Mayor Bobby Bright
   City of Montgomery
   103 North Perry Street
   Montgomery, AL 36101
   (334) 241-2050

2. Phillip Johnson
   City of Montgomery
   Housing Codes Division
   103 North Perry Street
   Montgomery, AL 36101-1111
   (334) 241-2050

3. Dorian Brunson
   City of Montgomery
   Housing Codes Division
   103 North Perry Street
   Montgomery, AL 36101-1111
   (334) 241-2050

4. Tim Head
Councilman for City of Montgomery
103 North Perry Street
Montgomery, AL  36101-1111
(334) 241-2050

5. Michael W. Pirtle
City of Montgomery
Housing Codes Division
103 North Perry Street
Montgomery, AL  36101-1111
(334) 241-2050

6. Major Golden
City of Montgomery
Housing Codes Division

7. Tony Dobbs
City of Montgomery
Housing Codes Division
103 North Perry Street
Montgomery, AL  36101-1111
(334) 241-2050

8. Michael A. Fite
EvaBank
1710 Cherokee Avenue, SW
Cullman, AL  35055

9. DeWayne Morris
EvaBank
1710 Cherokee Avenue, SW
Cullman, AL  35055

10. All witnesses listed on Plaintiff's Witness List or hereafter discovered; and

11. Any witnesses necessary for impeachment.

12. Any witnesses necessary for rebuttal or impeachment.

Defendants reserve the right to amend this witness list to the extent allowable by the Court if necessary.

Respectfully submitted this 19th day of June, 2008.

/s/ Michael D. Boyle
MICHAEL D. BOYLE(BOY032)
Attorney for Defendants

City of Montgomery
Legal Division
P. O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
FAX: (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that foregoing Defendants' Witness List has been served upon the following by electronic filing/notification of the United States District Court Middle District of Alabama on the 19th day of June, 2008, properly addressed to all as follows:

Norman Hurst

/s/ Michael D. Boyle
Of Counsel