IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MARK FREDERICK
    Plaintiff,

v.    Case Number: 2:07-cv-00602-WHA-TFM

CITY OF MONTGOMERY, et al.,
    Defendants.

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW, the Plaintiff, by and through his undersigned counsel and pursuant to this Court's Order document #11 and the same avers as follows: That a face to face settlement conference was held on June 16, 2008 at which time the parties discussed the likelihood of settling this matter. That the parties were unable to reach a settlement in this matter and the possibility of mediation was ruled out.

Norman Hurst (HUR016)
Attorney for the Defendant
617 Martha Street
Montgomery, Alabama 36104
(334) 269-6449

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing notice was served on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable M. Boyle
P.O. Box 1111
Montgomery, Alabama 36101

Norman Hurst Jr. (HUR016)