IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| **MARK FREDERICK,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| VS. | )   **2:07-cv-00602-WHA-TFM** |
| | ) |
| **CITY OF MONTGOMERY, MAYOR** | ) |
| **BOBBY BRIGHT, DORY BRUNSON,** | ) |
| **TIM HEAD, and PHILLIP JOHNSON,** | ) |
| **Individually and in official capacity,** | ) |
| | ) |
|    **Defendants.** | ) |
| | ) |

## MOTION FOR AN ORDER COMPELLING DISCOVERY
## AND FOR EXTENSION OF TIME

COME NOW Defendants City of Montgomery, Bright, Brunson, Head, and Johnson pursuant to FRCP 37(a) and FRCP 6(b)(2), and respectfully move this Court to compel Plaintiff to make himself available for deposition testimony, produce the requested documents at said deposition, and grant an enlargement of time to complete discovery. In support of this motion, Defendants state:

1.    On September 4, 2007, in the Uniform Scheduling Order, this Court set a deadline for the parties to complete discovery by June 25, 2008.

2.    During the discovery phase of this case, the Defendants have tried on numerous occasions to schedule the Plaintiff for deposition testimony. The first Notice of Deposition Duces Tecum was sent to the Plaintiff on May 2, 2008. The deposition was scheduled to take place on May 12, 2008, at 10:00 a.m.; however, the Plaintiff was unavailable. The second Notice of Deposition Duces Tecum was sent to the Plaintiff on

June 11, 2008. The deposition was scheduled to take place on June 18, 2008, at 1:30 p.m.; however, the Plaintiff was unavailable. The third Notice of Deposition Duces Tecum was sent to the Plaintiff on June 19, 2008. The deposition was scheduled to take place on June 25, 2008, at 11:00 a.m.; however, the Plaintiff was unavailable. Additionally, a request to produce documents was submitted with all three Notices of Deposition Duces Tecum.

3. As of June 25, 2008, the date set by this Court as the discovery deadline, the Plaintiff has not made himself available for deposition testimony, nor has he produced the documents that were requested by the Defendants.

4. Defendants have made several good faith attempts to obtain the Plaintiff's deposition testimony without court action.

5. Plaintiff's failure to respond to Defendants' discovery requests have hindered and delayed Defendants in their defense due to being denied key information and documents directly related to Plaintiff's claims. Defendants cannot adequately prepare for trial without the requested information.

WHEREFORE, Defendants respectfully request an order compelling Plaintiff to respond to Defendants' discovery requests, and further that the deadline for discovery be extended to permit adequate time to gather information and documents necessary to properly prepare for trial.

Respectfully submitted this 25th day of June 2008.

/s/ Michael D. Boyle
Michael D. Boyle (BOY032)
Attorney for Defendants

OF COUNSEL:
City of Montgomery

2

Legal Department
Post Office Box 1111
Montgomery, AL 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that foregoing has been served upon the following by electronic filing and notification through CM/ECF with United States District Court Middle District of Alabama on this 25th day of June, 2008:

Norman Hurst, III
Attorney at Law
617 Martha Street
Montgomery, Alabama 36104
Phone: (334) 269-6449
Fax:    (334) 263-0491

/s/Michael D. Boyle
Of Counsel