IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 2:07-cv-602-WHA |
| CITY OF MONTGOMERY, *et al.*, | ) ) ) |
|     Defendants. | ) |

**ORDER**

Upon of review and consideration of Defendant's *Motion for an Order Compelling Discovery and for Extension of Time* (Doc. 33, filed June 25, 2008), it is **ORDERED** that Plaintiff show cause why this motion should not be granted on or before **July 7, 2008**.

Done this 26th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE