IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK FREDERICK, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.  2:07cv602-WHA |
| ) | |
| CITY OF MONTGOMERY, MAYOR ) | |
| BOBBY BRIGHT, DORY BRUNSON, ) | |
| TIM HEAD, and PHILIP JOHNSON, in ) | |
| their individual capacities, ) | |
| Defendants. ) | |

## **ORDER**

The court having disposed of this case by separate Memorandum Opinion and Order entered on this date, it is hereby

ORDERED that the pre-trial hearing set in this case on July 2, 2008 is CANCELLED.

Done this 1st day of July, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE